

THIS AGREEMENT made on the __ day of August, 2011 by and between Big Texas In a dba of April Robin, Inc. with their principal place of business at 2105 Sidney Baker, Texas 78028, "Premises" hereinafter referred to as "Company", and Melissa Morris whose current address is at 2105 Sidney Baker, Texas 78028 and whose Social Security Number is _____ and whose Texas Drivers License is _____ hereinafter referred to as "Person."

1.    RESPONSIBILITIES OF THE PERSON AND COMPANY

Person will perform Bartending, Serving, and Cleaning duties on various Properties in Texas as directed by Company. Person shall be responsible to the Manager of Company. Person agrees to work six day a week per the schedule as provide by Company and as such time needed to perform duties as outlined to her verbally and or in writing.

3.    COMPENSATION

3.1   Company shall provide Person, , a furnished room including utilities " Housing" at The Big Texas Inn, "Premises" at an Agreed value of $250.00 per Week, a $50.00 food Allowance in Texariatas , a $50.00 breakfast Allowance, and $75.00 per week for a period of the first two weeks, plus tips in the form of a check, for a total of $425.00 per week plus tips. After two weeks the total will be $350.00 plus tips.

3.1.1   Person acknowledges that Housing, and it's Furniture, Fixtures and Equipment "F.F.&E." as mentioned in paragraph 3.3 hereinabove is clean and in good repair and Person shall keep Housing and F.F.&E. clean and good repair at all times and Company has the right to inspect Housing at any time, with or without notice.

3.1.2   Person agrees there shall be one Dogs, or one Cats and no other types of Pets allowed inside the Housing at any time.

3.1.3 Person acknowledges there shall absolutely not be any Alcohol abuse or any Illegal Substance In Housing, either by Person, family members, or guests at Housing.

3.1.4 Person hereby further acknowledges the "Housing" mentioned herein above in paragraph 3.1, is Compensation to person and is in no manner is a rental or a lease of the Housing with Big Texas Inn and Person has no claim to any rights whatsoever to live in, and /or occupy the Housing or be on Premises, at any time after the termination or resignation of or by Person, except to remove Persons personal items in Housing from Housing and Premises as provided herein below.

3.1.5 In the event of Termination by Company or Persons resignation, Person agrees to immediately leave Housing and the entire Premises of the Big Texas Inn, as described herein above and not return to Housing or Premises, until an appointment with Company has been agreed to and at such time Person shall then remove all of Persons Personal Property, and at such time, return Housing and F.F.&E. to Company, clean and in good repair, however in the event Person does not do so, Person agrees to offsets of Person Compensation, or pay Company for cleaning and or repair for damages, as well as company has the right to enforce its legal remedies against Person for such damages.

3.1.6 Additionally, if Person does not fully comply with the terms of leaving Housing and Premises as described hereinabove, Person agrees Company shall have the full right and authority to enforce a Criminal Trespass action against Person.

3.1.7 Company has the right to increase the weekly Compensation mentioned in 3.1 hereinabove and such issued checks shall be receipt of such increase.

3.1.8 In the Event Person is absent and or late, Company is authorized to deduct the prorata hourly or daily amount, of the total compensation Person receives for Housing, Food allowance, and Cash Compensation from Person's Bi-weekly check.

3.2 Company will pay Person cash compensation of $75.00 plus tips per week by check for two weeks. After two weeks only Tips.

3.2.1 Company shall provide Person with $50.00 per week in food Allowance in Texaritas Restaurant, and $50.00 in breakfast.

3.2.2 Company has the right to increase the weekly Compensation mentioned in 3.1 hereinabove and such issued checks shall be receipt of such increase.

## 4. DISCLAIMER

Person acknowledges that Company does not carry workman's compensation insurance. Person further acknowledges that there are significant hazardous duties at Company's workplace and that safety is of paramount importance. Person agrees to not undertake these duties nor operate any dangerous equipment unless they are fully trained for such duties and such equipment. Accordingly, should any injury to Person arise as a result of undertaking job-related duties or otherwise performing in the role of Person, Person accepts full responsibility for such injury.

## 5. TERM AND TERMINATION

The term of this Agreement shall be for an initial period of Twelve (12) months. Upon the resignation or termination of Person, the Compensation portion of this Agreement shall terminate as of the date of resignation or termination, however all other provisions shall survive such termination and shall be in full force and effect. Renewal of this Agreement shall be by the mutual written consent of the parties hereto. Either party can terminate this Agreement immediately upon written notice to the other party for cause or without cause.

## 6. SEVERABILITY

If any provision of this Agreement is held illegal or unenforceable in a judicial proceeding, such provision shall be severed and shall be inoperative, and, provided that the fundamental terms and conditions of this Agreement remain legal and enforceable, the remainder of this Agreement shall remain operative and binding on the parties.

## 7. ENTIRE AGREEMENT

This Agreement replaces and terminates any and all other Agreements whether in writing or verbal between the parties hereto and constitutes the entire understanding between the parties with respect to the subject matter hereof, and no other agreements, understandings, and representations and discussions are included except as expressly noted herein.

Any and all other previous agreements before this date, between the Parties hereto are hereby terminated and Person hereby fully releases, discharges, quit claims, and surrenders any and all claims and causes of action, whether such claims or causes are known or unknown, asserted or not asserted, against April Robin Inc., its Subsidiaries,

Affiliates, BI Quad LLC, it's DBA'S, The Frontier Saloon LLC, Texaritas Steak House Restaurant, The Texas Deli Company, Old Texas Square Hotel, Tequila Ritas Cantina, Big Texas Inn their Officers, Directors, Agents, and Employees. Person further declares and represents that no promises, inducements, or agreements not expressed herein have been made to Person and that this release contains the entire agreement and that the terms of this Release are contractual and are not a mere recital.

This Agreement may only be modified or changed by written instrument, signed by both parties, making specific reference to this Agreement by date, parties and subject matter, thereby constituting a new Agreement.

## 8.     ACKNOWLEDGEMENT OF CONSIDERATION

Accordingly, for the mutual considerations contained herein this Agreement, with such considerations, including but not limited to, Compensation, as provide for in Paragraph 3 hereinabove, Training, Teaching and disclosing certain portions of Company's Intellectual Property and the sufficiency's thereof, is hereby acknowledged and is agreed to by both parties

## 9.     GOVERNING LAW AND VENUE

Company and Person agree, any actions to enforce this Agreement shall be brought in Kerr County, Texas and shall be construed and enforced in accordance with the laws of the State of Texas.

I, MELISSA MORRIS, HAVE READ THE FOREGOING AGREEMENT AND FULLY UNDERSTAND THE TERMS THEREOF AND AGREE THERE ARE NO OTHER AGREMENTS WITH COMPANY OTHER THAN THOSE EXPRESSED HEREIN.


April Robin, Inc                                    Melissa Morris


_____                    _____